UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| E & J PROPERTIES | * |
| Plaintiff, | * |
| v. | * |
| | * Civil Action No. 15-30197-MGM |
| SOUTH SHORE HOSPITAL | * |
| Defendant. | * |

ORDER

April 13, 2016

MASTROIANNI, U.S.D.J.

On November 6, 2015, this action was filed on a pro se basis by an individual who has identified himself as E & J Properties.[1] Defendant, South Shore Hospital, filed its Motion to Dismiss for Failure to State a Claim on January 19, 2016. (Dkt. No. 8). Rather than oppose the Motion to Dismiss in a timely fashion, Plaintiff sought a six-month extension to enable it to obtain to assistance of counsel. (Dkt. No. 11.) Following opposition from Defendant, on February 8, 2016, the court granted Plaintiff an extension of thirty days, through March 8, 2016. (Dkt. No. 13). A docket entry dated March 28, 2016, suggests the court's order of February 8, 2016 may not have been sent to Plaintiff until March 28, 2016. To date, Plaintiff has not yet filed an opposition or an additional request for a further extension of time.

---

[1] Although all but one paragraph of the complaint begins "I . . .," the individual who filed this complaint seeks to proceed as an entity and seeks to proceed *pro se*. Only individuals can bring suits *pro se*; entities must be represented by counsel. *See* Local Rule 83.5. Any future filings on behalf of E & J Properties must, therefore, be filed by counsel.

Recognizing the possibility for confusion as to when Plaintiff's opposition is due, the court now Orders Plaintiff to respond to Defendants' motions no later than April 28, 2016. Should Plaintiff fail to file a response to the motions to dismiss by that date, it faces dismissal of its claims due to failure to prosecute and failure to obey this Order.

Accordingly, it is hereby ORDERED that by the end of the day on April 28, 2016, Plaintiff shall respond to the motions to dismiss. Failure to respond to the motions to dismiss may be grounds for dismissal for failure to prosecute. *See, e.g.*, *Tower Ventures, Inc. v. City of Westfield*, 296 F.3d 43, 45 (1st Cir. 2002) ("[D]isobedience to court orders, in and of itself, constitutes extreme misconduct (and, thus, warrants dismissal)[.]"); *Rosario-Diaz v. Gonzalez,* 140 F.3d 312, 315 (1st Cir. 1998) ("[A] litigant who ignores a case-management deadline does so at his peril.").

It is So Ordered.

  /s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge